[Civ. No. 7363.   Second Appellate District, Division Two.—January 24, 1933.]

THE CITY OF LOS ANGELES (a Municipal Corporation), Appellant, v. SADIE D. GRIFFITH ABBOTT et al., Defendants; L. ESCALLIER, Respondent.

Erwin P. Werner, City Attorney, Frederick von Schrader, Assistant City Attorney, and Arthur Loveland, Arthur W. Nordstrom and C. N. Perkins, Deputies City Attorney, for Appellant.

Andreani, Haines, Bisher and Carrey, Aubrey Devine and Hyams & Himrod for Respondent.

CRAIG, J.—A motion to tax costs after dismissal of condemnation proceedings having been denied, the plaintiff appealed.

The issues here presented are identical with those urged in *City of Los Angeles* v. *Abbott,* (Civil No. 7354) *ante,* p. 144 [18 Pac. (2d) 785], heretofore decided, and are governed thereby.

The order is reversed, with directions in accordance with the foregoing decision.

Works, P. J., and Stephens, J., concurred.